UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Moses Kirschke, #384285

    Plaintiff,

v.

Corizon Health, Inc., et al

    Defendants,

Case No.: 4:19-cv-13788
District Judge: Denise Page Hood
Magistrate Judge: Anthony P. Patti

| | |
|---|---|
| MOSES KIRSCHKE, #384285<br>*In Pro Per*<br>Lakeland Correctional Facility<br>141 First St.<br>Coldwater, MI 49036<br><br>MI DEPT. OF ATTORNEY GENERAL<br>Michael R. Dean (P71333)<br>*Attorney for the MDOC Defendants*<br>P.O. Box. 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>deanm2@michigan.gov | CHAPMAN LAW GROUP<br>Devlin K. Scarber (P64532)<br>Jeffrey L. Bomber (P85407)<br>*Attorney for Corizon Health, Inc.;*<br>*Steven Bergman, D.O.; Jeffrey Bomber, D.O.;*<br>*Sylvie Stacy, M.D.; Keith Papendick, M.D.;*<br>*E'Coe Hill, N.P.; Badawi Abdellatif, M.D.;*<br>*and Rickey Coleman, D.O.*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>dscarber@chapmanlawgroup.com<br>jbomber@chapmanlawgroup.com |

## **ORDER STAYING CASE NINETY (90) DAYS**

    WHERE AS, this matter having come before the Court on Defendants Steven Bergman, D.O., Jeffrey Bomber, D.O., Sylvie Stacy, M.D., Keith Papendick, M.D., E'coe Hill, N.P., Badawi Abdellatif, M.D., and Rickey Coleman, D.O.'s ("Defendants") Emergency Motion to stay proceedings; the parties having been lead to believe the instant claim was covered by a professional liability insurance policy issued to Defendants by Tehum Care Services, Inc., d/b/a Corizon Health, Inc.;

Corizon Health, Inc. having declared bankruptcy on or about February 13, 2023; the bankruptcy filing calling into question the continued viability of Corizon to act as Defendants' professional liability carrier; the uncertainty regarding the professional liability coverage having created as the very least a potential conflict of interest in CHAPMAN LAW GROUP's continued representation of Steven Bergman, D.O., Jeffrey Bomber, D.O., Sylvie Stacy, M.D., Keith Papendick, M.D., E'Coe Hill, N.P., Badawi Abdellatif, M.D., and Rickey Coleman, D.O.; and the Court being otherwise fully advised of the premises;

**IT IS HEREBY ORDERED** that, the above captioned matter is stayed ninety (90) days from the entry of this Order to allow the Bankruptcy Court to make a determination as to viability of the professional liability coverage applicable to Defendants and to allow Defendants to retain private counsel to advise them on their rights in the above discussed situation.

**This is not a final order and does not close the case.**

Dated: February 28, 2023

s/Anthony P. Patti
Hon. Anthony P. Patti
United States Magistrate Judge