UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES KIRSCHKE,

      Plaintiff,

v.

CORIZON HEALTH, INC., *et al*.,

      Defendants.
_____/

Case No. 2:19-cv-13788
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

## ORDER REGARDING DISCOVERY

On November 20, 2025, the Court issued an order lifting a stay and setting forth various discovery obligations for Defendants to fulfill. Specifically, the Court stated:

> Defendants shall supplement the following outstanding discovery requests by **December 5, 2025**: Requests Nos. 3, 4, 5, 6 as to Defendant Nixon; Requests Nos. 3, 4, 5 as to Defendant Piatowski; Requests Nos. 1, 3, 4, 5 as to Defendant Isaac; and, Requests Nos. 1, 2, 3, 4, 5 (and 6 or 7) as to Defendant Heering. Plaintiff's deposition shall occur forthwith.

(ECF No. 203, PageID.3310.) The Court also ordered that " The parties shall work together cooperatively to comply with the photocopying regulations of the MDOC." (*Id.*)

About after the Court issued this order, Plaintiff sent a letter to the Court, which has been filed on the docket, suggesting that the Court's directives had not been followed. (ECF No. 204.) Defendants responded to the letter on December

30, 2025 (ECF No. 206), and the Court conducted a status conference to discuss any remaining disputes on January 6, 2026.  For the reasons stated fully on the record, the Court finds as follows.

    1) For all outstanding discovery referenced in the Court's November 20, 2025 order, Defendants are ordered to provide copies, at their expense, of the documents originally designated "for inspection."  This directive applies only to the discovery listed in the Court's prior order, not to any discovery requests propounded since that time.

    2) The Court deems adequate Defendant Nixon's response to Request No. 5, and will order no further supplementation.  (ECF No. 206-1, PageID.3330-3331.)

    3) The Court sustains the objections found in Defendant Heering's response to Request No. 4 (ECF No. 206-1, PageID.3347.)

    4) The Court **ORDERS** further supplementation to Defendant Piatowski's Response to Request No. 4 (ECF No. 206-1, PageID.3341), which must be provided within **fourteen days** of the date of this order.

This order resolves all issues remaining from the Court's November 20, 2025 order.  Some confusion from the prior order arose from Plaintiff's mistaken numbering system, as well as some uncertainty as to the validity of service of some of the requests.  The parties have mutually agreed on a resolution of this

2

matter by Plaintiff propounding new requests, and those responses are not before the Court.  All other issues identified in ECF No. 204 are now resolved.

**IT IS SO ORDERED.** [1]

Dated:  January 6, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).