UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES KIRSCHKE,

        Plaintiff,

v.

CORIZON HEALTH, INC., *et al.*,

        Defendants.

_____/

Case No. 2:19-cv-13788
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

### SECOND ORDER REGARDING DISCOVERY

The matter is before the Court following a series of letters filed by Plaintiff and responses filed by Defendants regarding their ongoing discovery efforts.  (ECF Nos. 201, 204, 206, 208, 210, 211.)  Discovery is currently scheduled to conclude on February 16, 2026, and the parties are making efforts to conclude any outstanding requests.  The Court conducted a status conference on February 12, 2026, and for the reasons stated on the record **ORDERS** as follows:

(1) Defendant shall serve on Plaintiff a copy of the version of TCF OP 03.04.100 which was effective in 2016 within **fourteen days** of this order.

(2) Plaintiff shall immediately re-send the requests for production which he originally sent to Defendant Isaac on December 4, 2025, and Defendant shall respond to the requests within **fourteen days** of receipt.

(3) All other issues raised in Plaintiff's January 21, 2026 letter are deemed resolved as the Court is satisfied Defendants have met their obligations with respect to the challenged discovery.

**IT IS SO ORDERED.**[1]

Dated:  February 12, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).