UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES KIRSCHKE,

        Plaintiff,

v.

CORIZON HEALTH, INC., *et al*.,

        Defendants.

_____/

Case No. 2:19-cv-13788
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

### THIRD ORDER REGARDING DISCOVERY AND SUSPENDING DISPOSITIVE MOTION DEADLINE WITHOUT DATE

The matter is before the Court following a series of letters filed by Plaintiff and responses filed by Defendants regarding their ongoing discovery efforts.  (ECF Nos. 201, 204, 206, 208, 210, 211, 213, 214, 216.)  Discovery closed on February 16, 2026, and the parties are making efforts to conclude any outstanding requests. The Court conducted a status conference on March 5, 2026 by Zoom, and for the reasons stated on the record **ORDERS** as follows:

(1) In response to Request for Production ## 15 and 16 to Defendant Nixon, Defendant's counsel shall serve on Plaintiff copies of the version of PD 03.04.100 and PD.03.02.130 which were effective in 2016 by **March 19, 2026**.

(2) Defendants' counsel shall serve signature pages (under oath or declaration) for Defendant Isaac's Interrogatory Response # 1, Defendant Copley's Interrogatory Response ## 1-3 and Defendant Vettraino's Interrogatory Response ## 1-3 by **March 10, 2026**.[1]

(3) All other issues raised in Plaintiff's letters which are currently on the Court's docket are deemed resolved as the Court is satisfied Defendants have met their obligations with respect to the challenged discovery. (ECF Nos. 201, 204, 206, 208, 210, 211, 213, 214, 216.)

(4) Plaintiff indicates that there are nonetheless outstanding issues with the discovery responses dated February 12, 2026, which were received by Plaintiff on February 18, 2026. As the parties agree these responses relate to discovery requests which were timely mailed by Plaintiff, the Court will allow Plaintiff one final attempt to challenge the responses. As such, **by March 19, 2026,** Plaintiff shall file his **FINAL MOTION TO COMPEL**, limited to challenges to Defendants' responses dated

---

[1] Defense counsel represented that all signature pages have already been sent, and it is likely the signature pages have just not been received by Plaintiff yet. Counsel also represented that, in any event, all responses have been signed by the parties and counsel would not be claiming that the served responses were not signed under penalty of perjury.

February 12, 2026.[2]  The Court will not entertain further challenges to discovery which was responded to prior to February 12, 2026. Defendants shall file their response brief within two weeks of receipt of the motion, and shall attach copies of the challenged discovery requests and responses to their response brief.  The combined motions and briefs shall not exceed <u>twelve pages per side</u>, and no reply brief will be permitted.  The parties are **<u>strongly encouraged</u>** to resolve or narrow as many of their issues as practicable and were given 40 minutes of extra time on the Zoom call to that end.

(5)  In the meantime, the dispositive motion deadline is **HEREBY SUSPENDED WITHOUT DATE** until the discovery issues have been resolved.

　　**IT IS SO ORDERED.**[3]

Dated:  March 6, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[2] The discovery was directed at Defendants Nixon, Piatkowski, Heering, Isaac, Copley, and Vettraino.

[3] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).