UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES R. KIRSCHKE,

Plaintiff,

v.

CORIZON HEALTH, INC., *et al*,

Defendant.
_______________________________________/

Case No. 2:19-cv-13788

District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

**ORDER REQUIRING BRIEFING ON PLAINTIFF'S MOTION TO REINSTATE CLAIMS (ECF No. 227)**

On May 23, 2026, Plaintiff Moses R. Kirschke filed a *Motion to Re-Instate Claims*. (ECF No. 12). Plaintiff seeks to reinstate claims he had originally filed against Corizon Health, Inc.; Steven Bergman, D.O. (the Regional Medical Director); Badawi Abdellatif, M.D; Rickey Coleman, D.O.; E'Coe Hill, N.P.; Sylvie Stacy, M.D.; Keith Papendick, M.D.; and Jeffrey Bomber, D.O. (collectively the "Corizon Health Defendants"). (ECF No. 227).[1] The Corizon

[1] At the same time Plaintiff filed his *Motion to Reinstate Claims*, Plaintiff filed two seemingly related motions to add other defendants to the case. In one motion Plaintiff seeks to add Tehum Care Services, Inc., and its related predecessor and successor companies and affiliates, as defendants in the instant case. (ECF No. 225). In his second motion Plaintiff seeks to add Isaac Lefkowitz, Sara Ann Tirschwell, Ayadsji Olawale Laele, Beverly Michelle Rice, Jeffrey Scott King, Jennifer Lynne Finger, James Hyman, and Frank Jeffrey Sholey, who Plaintiff alleges violated his constitutional rights in "aiding Corizon Health and others facing litigation…avoid lability by committing fraudulent transfers and

Health Defendants were released from the instant action when the claims against them were voluntarily dismissed in light of a channeling injunction in Corizon Health, Inc.'s bankruptcy case. (ECF No. 189). Plaintiff asserts that the channeling injunction in the bankruptcy case has now been terminated, and Plaintiff seeks to reinstate his claims against the Corizon Health Defendants in the instant civil matter. (ECF No. 227 PageID.3570).

As the determination of Plaintiff's motion to reinstate his claims against the Corizon Health Defendants will likely depend on facts relating to Corizon Health's bankruptcy proceedings and none of the Corizon Health Defendants have yet responded to Plaintiff's motion, the Court's determination of Plaintiff's motion would be aided by additional briefing.

The Corizon Health Defendants are **ORDERED** to file a response to Plaintiff's motion on or before **October 8, 2026**.

Plaintiff shall file a reply, if any, on or before **October 16, 2026**.

**IT IS SO ORDERED.**

Dated: September 22, 2026

________________________

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

constructive fraud prior to the filing of the fraudulent bankruptcy petition." (ECF No. 226 PageID.3523).